BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA RIOUX ) | Case No. 18-cv-00233 AC |
| ) | |
| ) | ~~PROPOSED~~ ORDER EXTENDING |
| Plaintiff, ) | PLAINTIFF'S TIME TO FILE |
| ) | SUMMARY JUDGEMENT MOTION TO |
| ) | FEBRUARY 5, 2019 |
| v. ) | |
| ) | |
| COMMISSIONER OF SSA ) | |
| ) | |
| Defendant. ) | |
| ) | |

**~~PROPOSED~~ ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Plaintiff's time to file her summary judgment motion is hereby extended to February 5, 2019.

DATED: January 23, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1