MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| ANGELA RIOUX,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:18-cv-00233-AC<br><br>**STIPULATION & [PROPOSED]**<br>**ORDER FOR EXTENSION OF TIME** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from March 11, 2019 to April 10, 2019, to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Defendant's first request for an extension of time. Defendant respectfully submits that good cause exists for the requested extension because Defendant's counsel requires additional time to review the record and Plaintiff's Motion for Summary Judgment, to research the legal issues Plaintiff has raised, to determine whether options exist for settlement, and to

prepare Defendant's response to Plaintiff's Motion if settlement is not possible. Plaintiff does not oppose Defendant's request for an extension of time.

Respectfully submitted,

Dated: March 7, 2019     LAW OFFICE OF BESS M. BREWER

By: */s/ Bess M. Brewer*
BESS M. BREWER
Attorneys for Plaintiff
[*As authorized by e-mail on March 7, 2019]

Dated: March 11, 2019     MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: March 11, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE